# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| RAFAEL SUAREZ, DAISY GONZALEZ, and RICHARD BYRD, <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC. <br><br> Defendant. | Case No. 3:21-cv-00393 <br><br> Judge William L. Campbell, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Alex M. Kashurba hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court. United States District Court for the Eastern District of Pennsylvania

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

John Tate Spragens, Spragens Law PLC, 311 22nd Avenue N., Nashville, TN 37203

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Alex M. Kashurba _____ Signature

Name: Alex M. Kashurba

State where admitted and State Bar Number: PA/319003

Business Address: Chimicles Schwartz Kriner & Donaldson-Smith LLP

Local Address [if different from above]: 361 W. Lancaster Avenue, Haverford, PA 19041

Phone: 610-642-8500

Email: amk@chimicles.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

> I, Alex M. Kashurba, hereby certify that on this 17th day of May, 2021, I caused the foregoing Motion for Admission pro hac vice to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.
>
> /s/ Alex M. Kashurba

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.]