# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RAPHAEL SUAREZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:21-cv-00393 |
| | ) JUDGE CAMPBELL |
| NISSAN NORTH AMERICA, INC., | ) MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion to File Excess Pages. (Doc. No. 37). Through the motion, Plaintiffs request permission to file a 15-page reply brief in support of the parties' pending motion for final approval of their settlement agreement. Plaintiffs state that the extra pages are necessary to provide the Court with updates, an amendment, and an objection. Without waiting for the Court's ruling, Plaintiffs filed their reply (Doc. No. 38) and a reply in support of Plaintiffs' pending motion for attorney fees (Doc. No. 39).

The replies filed by Plaintiff are procedurally improper under the Local Rules. There is no response to which the Plaintiffs seek to reply. *See* Local Rule 7.01(a)(4). Nevertheless, in the interest of judicial economy, the Court will construe the replies as supplements and consider them for purposes of ruling on the pending motions. To that end, the Motion to File Excess Pages is **GRANTED**. Counsel is expected to comply with the Local Rules in the future.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE